Entered: October 16, 2017
Signed:  October 16, 2017

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

**In re:   Case No.:  17−16320 − DER      Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carrie D Wilson
*debtor has no known aliases*
22 Stonecroft Road
Baltimore, MD 21229

Social Security No.:   xxx−xx−2126

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 5/5/17.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Charles R. Goldstein is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** − *dwalston*